Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendant*
*Allergan USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE PIECZENIK,<br><br>   Plaintiff,<br><br>v.<br><br>IDEXX REFERENCE LABORATORIES, INC., et al.<br><br>   Defendants. | Civil Action No. 3:10-cv-2327 (FLW/TJB)<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>*Filed Electronically* |

  Application is hereby made to the Clerk of the United States District Court for the District of New Jersey pursuant to Local Rule of Civil Procedure 6.1(b) by attorneys for Defendant Allergan USA, Inc. ("Allergan") for an extension of time within which to answer, plead or otherwise respond with respect to Plaintiff's Complaint filed on May 7, 2010, and it is represented that: (i) Allergan was served on May 14, 2010; (ii) Allergan's response to Plaintiff's Complaint is currently due on June 4, 2010; and (iii) no previous extension has been granted.

                  **CONNELL FOLEY LLP**
                  *Attorneys for Defendant*
                  *Allergan USA, Inc.*

Dated: May 25, 2010       By: *s/Liza M. Walsh*
                    Liza M. Walsh

2350111-01

Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

*Attorneys for Defendant*
*Allergan USA, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE PIECZENIK,<br><br>    Plaintiff,<br><br>v.<br><br>IDEXX REFERENCE LABORATORIES, INC., et al.<br><br>    Defendants. | Civil Action No. 3:10-cv-2327 (FLW/TJB)<br><br>**ORDER**<br><br>*Filed Electronically* |

**IT IS HEREBY ORDERED** that the time within which Defendant Allergan USA, Inc. ("Allergan") may file an Answer or otherwise respond to Plaintiff's Complaint is extended for a period of fourteen (14) days and, thus, Allergan shall file its response on or before June 18, 2010.

                                              WILLIAM T. WALSH
                                              Clerk, U.S. District Court
                                              District of New Jersey

                                By:_____
                                        Deputy Clerk