Robert J. Schoenberg
RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant
International Business Machines Corporation

| | |
|---|---|
| DR. GEORGE PIECZENIK, *pro se*, <br><br> Plaintiff, <br><br> vs. <br><br> IDEXX REFERENCE LABORATORIES, INC., et al., <br><br> Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY <br><br> Civil Action No. 3:10-cv-2327 (FLW)(TJB) <br><br> Hon. Freda L. Wolfson, U.S.D.J. <br><br> **APPLICATION AND ORDER BY IBM FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT** <br><br> *Document Filed Electronically* |

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending the time within which defendant International Business Machines Corporation ("IBM") may serve its answer, file a pre-answer motion or otherwise reply to the Complaint in this action, and it is represented that:

1. The Complaint was served upon IBM on May 14, 2010;

2. No previous extension of time has been requested or obtained; and

3. The time to respond to the Complaint, pursuant to Fed. R. Civ. P. 6(a), will expire on June 4, 2010.

-2-

Defendant IBM requests a fourteen (14) day extension of time to answer, move or otherwise reply to the Complaint, pursuant to L. Civ. R. 6.1(b), through and including June 18, 2010.

Counsel for Defendant IBM certifies that on this date a copy of this Application and Order was served automatically by the CM/ECF system upon all counsel of record for the parties and upon plaintiff pro se.

                                RIKER, DANZIG, SCHERER, HYLAND
                                            & PERRETTI LLP
                                Attorneys for Defendant
                                International Business Machines Corporation

                                By:   */s Robert J. Schoenberg*
                                Tel:  (973) 538-0800
                                Fax:  (973) 451-8604
                                Email: rschoenberg@riker.com

Date:   May 27, 2010.

## **ORDER**

The above application is ORDERED GRANTED, and the time within which defendant International Business Machines Corporation may serve its answer, file a pre-answer motion or otherwise reply to the Complaint is extended through and including June 18, 2010.

                                WILLIAM T. WALSH, Clerk

Date: June ___, 2010.                  By:_____
                                                                        Deputy Clerk