Robert M. Goodman, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600 (telephone)
(973) 535-1698 (facsimile)
Attorneys for Defendant,
Schering Berlin Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
Dr. George Pieczenik, *Pro Se*,  :  Civil Action No. 10-2327 (FLW)(TJB)
        Plaintiff,  :
        v.  :
Idexx, *et al*.  :
        Defendants,  :
---------------------------------------------------------------X

### STIPULATION RE WAIVER OF SERVICE OF SUMMONS AND
### EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Plaintiff and the Defendant listed below in No. 1 by their undersigned counsel stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 4(d) and at the request of the Plaintiff the following Defendant waives its right to service of summons in this action:

    Schering Berlin Inc.

2. The Defendant listed above in No. 1 acknowledges that it has received a copy of The Complaint in the action.

3. The parties stipulate that the time to answer or otherwise respond to the Complaint shall extend to July 14, 2010 for the Defendant listed above in No. 1.

SO AGREED AND STIPULATED:

*[signature]*
Dr. George Pieczenik, *pro se*

By: *[signature]*
Robert M. Goodman
Thomas K. Murphy III
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600 (telephone)
(973) 535-1698 (facsimile)

*Attorney for Defendant,*
*Schering Berlin Inc.*

OF COUNSEL:

Robert J. Koch
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW, Suite 1100
Washington, DC 20006
(202) 835-7500 (telephone)
202) 835-7586 (facsimile)
RKoch@milbank.com

*Attorney for Defendant,*
*Schering Berlin Inc.*

2

1215476.01