GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
e-mail: rgiller@gordonrees.com
       eshiloh@gordonrees.com

Attorneys for Defendant Life Technologies Corporation
(f/k/a Invitrogen Corporation)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE PIECZENIK**<br><br>Plaintiff,<br><br>v.<br><br>**INVITROGEN CORPORATION** et al.,<br><br>Defendants. | Civil Action No. 10-cv-2327 (FLW)(TJB)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT LIFE TECHNOLOGIES CORPORATION (FORMERLY KNOWN AS INVITROGEN CORPORATION)**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Life Technologies Corporation (formerly known as Invitrogen Corporation), a non-government corporate party, hereby provides the following disclosure:

No other corporation is its parent corporation, and no publicly-owned corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: June 18, 2010

By: /s/ Ronald A. Giller
Ronald A. Giller
**GORDON & REES LLP**
18 Columbia Turnpike, Suite 220
Florham, New Jersey 07932
(973) 549-2500
rgiller@gordonrees.com
Attorneys for Defendant Life Technologies Corporation (f/k/a Invitrogen Corporation)

INVI/1063820/8072946v.1